UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TOMMY FOSS, et al.,<br><br>　　　　　Defendants. | Case No. 19-06190 EJD (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed the instant pro se civil rights action pursuant to 42 U.S.C. § 1983, (Docket No. 1), and later a motion for leave to proceed in forma pauperis ("IFP"), (Docket No. 3). On January 24, 2020, the Court denied IFP status under 28 U.S.C. § 1915(g) because Plaintiff had three or more prior dismissals and was not under imminent danger of serious physical injury at the time of the filing of the action. (Docket No. 4.) Plaintiff was directed to pay the full filing fee no later than fourteen days from the date the order was filed, *i.e.*, no later than February 7, 2020, or face dismissal. (Id. at 4.) The deadline has since passed, and Plaintiff has failed to pay the filing fee.

Accordingly, this matter is DISMISSED for failure to pay the filing fee.

**IT IS SO ORDERED.**

**Dated:** __2/13/2020_____　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

Order of Dismissal
PRO-SE\EJD\CR.19\06190Thomas_dism(fee)